DIME SAVINGS BANK OF BROOKLYN, Respondent, v. PAULINE A. COLEMAN, Appellant, et al., Defendants. ANNA KAISER, as Receiver, Respondent.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.